MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF REICHEL & PLESSER
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
DANIEL MARKEVICH


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | Case No. CR-S-11-0490 JAM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO RE SET STATUS CONFERENCE; ORDER THEREON** |
| v. | ) | |
| | ) | Judge: HON. JOHN A. MENDEZ |
| DANILL MARKEVICH | ) | |
| Defendants. | ) | |

IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Assistant U.S. Attorney R. Steven Lapham, and defendant DANILL MARKEVICH, through undersigned counsel, Mark J. Reichel, that the status conference be re set in this matter for May 22, 2012, 9:30 a.m.

The parties stipulate and agree that the re setting is necessary as additional research, negotiation, witness and fact development, need to be performed before the next court appearance.

The parties further stipulate and agree that the exclusion of time during the period needed for defense counsel's reasonable time for effective preparation, taking into account the exercise of due diligence within the meaning of 18 U. S. C. § 3161 (h) (7) (B) (iv), and that the ends of justice served by granting exclusion of time therefore outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U. S. C. § 3161 (h) (7) (A), and therefore time should be excluded from the date of April 10, 2012 through and until May 22, 2012.

Respectfully submitted,

Dated: April 14, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ R. Steven Lapham
_____
R. STEVEN LAPHAM
Assistant U.S. Attorney

Dated: April 14, 2012
/s/ Mark J. Reichel
_____
MARK J. REICHEL
Attorney for Defendant

ORDER

IT IS SO ORDERED.

Dated: April 16, 2012

/s/ John A. Mendez
_____
JOHN A. MENDEZ
United States District Court Judge

2