**LAW OFFICES OF JULIA M. YOUNG**
**JULIA M. YOUNG, SBN 225077**
300 Harding Blvd., Suite 214
Roseville, CA 95678
Tel:  (916) 296-0786
Fax: (916) 914-1997
*juliayoung21@hotmail.com*

Attorney for Defendant
SVETLANA MARKEVICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>vs.<br><br>SVETLANA MARKEVICH and<br>DANIIL MARKEVICH, et al.,<br><br>                          Defendants. | Case No.: 2:11-CR-00490-JAM<br><br>**ORDER GRANTING REQUEST TO MODIFY COURT'S PREVIOUS ORDERS REGARDING TRAVELING IN CALIFORNIA** |

GOOD CAUSE APPEARING, it is hereby ordered that both Defendants, SVETLANA MARKEVICH and DANILL MARKEVICH, be allowed to travel throughout California.

DATE:  11/20/2013                              /s/ John A. Mendez
                                                              Hon. John A. Mendez
                                                              United States District Court Judge

1
ORDER