BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
DAVID WARD
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00490 JAM |
|---|---|
| Plaintiff, | ORDER REQUIRING DANIIL MARKEVICH AND SVETLANA MARKEVICH TO APPEAR ON NOVEMBER 20, 2014 AT 2 P.M. BEFORE MAGISTRATE JUDGE CAROLYN K. DELANEY FOR HEARING ON MOTION TO COMPEL COMPLIANCE WITH COURT ORDER |
| v. | |
| DANIIL MARKEVICH, and SVETLANA MARKEVICH, | |
| Defendants. | |

The Court has reviewed the government's motion to compel defendants Daniil Markevich and Svetlana Markevich to comply with Magistrate Judge Claire's October 1, 2014 Order (ECF 160) requiring fingerprint exemplars. IT IS HEREBY ORDERED that defendants Daniil Markevich and Svetlana Markevich shall appear before Magistrate Judge Carolyn K. Delaney at 501 I Street, Sacramento, California, Eighth Floor, Courtroom #24, on November 20, 2014 at 2 p.m. for the hearing on said motion.

Dated: November 12, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE